UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  WA:25-CR-00197(5)-ADA |
| | § | |
| (5) CHADDRICK DAMON CUNNINGHAM | § | |

## **ORDER**

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed March 10, 2026, wherein the defendant (5) CHADDRICK DAMON CUNNINGHAM waived appearance before this Court and appeared before United States Magistrate Judge Derek T. Gilliland for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (5) CHADDRICK DAMON CUNNINGHAM to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (5) CHADDRICK DAMON CUNNINGHAM's plea of guilty to Count One SSS (1sss) is accepted.

Signed this 24th day of March, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE